# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

WILLIAM ANTHONY MAYES          ]
    Petitioner,          ]
                                  ]
v.                             ]    No. 3:12-0117
                                  ]    Judge Nixon
UNITED STATES OF AMERICA        ]
    Respondent.          ]

## O R D E R

In accordance with the Memorandum contemporaneously entered, the Court finds no merit in the petitioner's § 2255 motion (Docket Entry No.1) to vacate, set aside or correct sentence. Consequently, said motion is DENIED and this action is hereby DISMISSED. Rule 8(a), Rules --- § 2255 Cases.

Should the petitioner file a timely Notice of Appeal, such Notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will NOT issue because the petitioner has failed to make a substantial showing of a denial of a constitutional right.

It is so ORDERED.

_____
John T. Nixon
Senior District Judge